JOHN GARTH AND OTHERS (John & Jane Does)
1515 MARKET STREET
SUITE 1014
OAKLAND, CA 94607
PHONE/FAX: 510- 893-1483

**Plaintiffs**

E-filing



FILED
FEB 18 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN GARTH AND OTHERS (John & Jane Does)<br><br>Plaintiffs,<br><br>vs.<br><br>JOHN TENNANT MEMORIAL-EPISCOPAL SENIOR COMMUNITIES (JTM-ESC),<br>AND VINCENT CHEUNG AND THE OAK CENTER TOWERS OFFICE STAFF,<br>AND GUARDSMARK SECURITY AND STAFF<br>AND HOUSING URBAN DEVELOPMENT,<br>AND THE RENT PROGRAM<br><br>Defendants. | C11-00748 DMR<br><br>Case No. _____<br><br>COMPLAINT<br><br>DEMAND FOR JURY TRIAL<br><br>CHAMBERS |

1. **Jurisdiction.** This court has jurisdiction over this complaint because it arises under the laws of the United States of America.

2. **Venue.** Venue is appropriate in this court because all of the defendants reside in this district and a substantial amount of the acts and omissions giving rise to this lawsuit occurred in this district.

3. **Intradistrict Assignment.** This lawsuit should be assigned to the San Francisco Division of this court because a substantial part of the events or omissions which give rise to this lawsuit occurred in Alameda County.

4. Plaintiffs John Garth and Others (John & Jane Does) are being subjected to continued harassment, invasion of privacy, mail tampering, illegal eviction threats, threatening behavior, slander and erroneous statements by staff and employees of JTM-ESC, Oak Center Towers and Guardsmark Security working at the JTM-ESC location, Oak Center Towers Located at 1515 Market Street, Oakland, California 94607, for a period of 5 years or more.

1

5. Plaintiffs John Garth and Others (John & Jane Does) contend, they are not enjoying a decent quality of life due to the continued harassment and invasion of privacy by defendants, including U.S mail tampering and the willful intent to divert and interfere with the flow of interstate commerce.

6. Plaintiffs state, on or about February 2, 2011, the most recent incident of harassment and diverting the mail began, with "stuffing" an unmailed envelope in plaintiffs mailbox. Plaintiffs are protected from mail tampering under Federal Regulation Code Title 39.[39 C.F.R. § CH.1 266.2, 266.3 (2003)].

7. Plaintiffs charge that JTM-ESC employee Vincent Cheung, his staff and Guardsmark Security and their staff, continue to harass and invade the privacy of said plaintiffs. It cannot be doubted that a person's home door being closed is evident of the "intimate activity associated with the 'sanctity of a man's home and the privacies of life,'" which to protect citizens, the Fourth Amendment is designed [486 U.S. 35, 51].

8. Plaintiffs charge, that the use of "Rule 34" and it's enforcement, is contrary to civil rights and every humans' basic human rights. As a citizen of the United States of America, The Fourth Amendment states, "The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized."

9. Plaintiffs further charge that the lease does not diminish "expectation of privacy" as a civil right of all American Citizens' in their homes [486 U.S. 35, 50].

10. Plaintiffs ask that this court rule on the constitutionality of "Rule 34" of the tenants rule and regulations used by JTM-ESC/Oak Center Towers and enforcement carried by Vincent Cheung, his staff and Guardsmark Security personnel and prosecuted through the judicial system of the United States of America.

11. JTM-ESC (John Tennant Memorial-Episcopal Senior Communities) a housing management business entity doing business within the boundaries of the United States and its territories and licensed to conduct business with agencies of the United States Government.

12. Due to the magnitude of pre-discovery projections on the potential errors made in the defendants enforcement of "Rule 34" over the past 30 years, plaintiffs seek a total monetary award for ongoing and continued harassment and invasion of privacy by defendants.

13. Plaintiffs charge "Rule 34" totally circumvents the U.S. Constitution and the Federal rules on discrimination and equal opportunity. Which states that no citizen of the United States and it's territories shall be discriminated basic his/her race creed color sex religion age national origin social standing or political views.

14. Plaintiffs charge that the defendants have used "Rule 34" over a period of 30 years to undermine the U.S. Constitution and the rights of the plaintiffs and others.

15. Plaintiffs charge that the defendants knew that "Rule 34" violated application for doing business with any U.S. Government agency.

16. Plaintiffs further charge that the defendants lease agreement is null and void when "Rule 34" is attached, as the lease "Rule 34", seeks to diminish "expectation of privacy" that is a civil right. [486 U.S. 35, 50], [486 U.S. 35,51 ]

**Prayer for relief**

17. Plaintiffs seek a ruling from this court on points:

    a. The constitutionality of "Rule 34"; a copy herein attached as exhibit to complaint.

    b. The validity of the defendants lease agreement. Set it aside return all monies to their rightful owners and/or put into a trustee account administered by an independent auditor for directed dispersal under court rules.

    c. Order defendants to refrain from any further use of this "Rule 34" until as such time the court has ruled on the same "Rule 34" constitutionality.

    d. Order all defendants to immediately stop harassing, stop invading privacy, stop any and all retaliation and assaultative behavior towards the plaintiffs, their visitors, their representatives, lawyers, advocates and anyone associated with the plaintiffs and in this action before this court.

18. Plaintiffs asks the court to allow whatever judgment is deemed fair for both the plaintiffs and defendants.

19. Plaintiffs ask the court to order defendants to pay all court costs, court fees, court payments and legal fees of any kind, including process serving, filing, mailing, and all attorney fees and other additional court costs and fees that may be incurred by plaintiffs.

20. Plaintiffs seek a favorable ruling of this court on the maximum allowable punishment for the harassment, invasion of privacy, the negligence in the implementation of "Rule 34", the publicly published derogatory, slanderous and verbal assaults by the defendants and their agents.

21. Plaintiffs demand a jury trial on all issues.

22. Plaintiffs seek a monetary award starting at $55,000,000.00 for civil invasion of privacy and harassment.

23. Plaintiffs ask the court to enjoin defendants from ever bringing up the matter of "Rule 34" as it reads, relinquishing "Rule 34" altogether and all additional relief to which the plaintiff is entitled.

24. Plaintiffs acknowledge the above civil complaint statements to be true.

*[signature]*
Plaintiffs John Garth


Plaintiffs:


John Garth and Others (John & Jane Does)
1515 Market Street
Suite 1014
Oakland, CA 94607
PHONE/FAX: 510-893-1483


Defendants:

1A. Mr. Vincent Cheung
Resident Manager
Oak Center Towers
1515 Market Street, Office
Oakland, CA 94607


1B. JOHN TENNANT MEMORIAL-EPISCOPAL SENIOR COMMUNITIES
(JTM-ESC) REGIONAL OFFICE:
Diane Claytor, Executive Assistant
Episcopal Senior Communities Foundation
2185 N. California Blvd., Suite 575
Walnut Creek, CA 94596
Telephone: 925-956-7400 / Telephone: 925-956-7447 / Fax: 925-407-0060
Email: dclaytor@jtm-esc.org


1C. MOSS ADAMS, LLP, SAN FRANCISCO OFFICE
One California Street, Fourth Floor
San Francisco, CA 94111
RE: JOHN TENNANT MEMORIAL-EPISCOPAL SENIOR COMMUNITIES
Phone: 415-956-1500
Fax: 415-956-4149

2A.   GUARDSMARK, EXCELLENCE IN SECURITY SOLUTIONS
      Mr. A. Tovitz, Esquire
      Rockefeller Center Headquarters
      10 Rockefeller Plaza
      New York, NY 10020-1903
      (212) 765-8226

AND

2B.   LOCAL BUSINESS LOCATED AT: OAKLAND, CA
      GUARDSMARK, EXELLENCE IN SECURITY SOLUTIONS
      Mr. A. Tovitz, Esquire
      100 Hegenberger Road
      Suite 130
      Oakland, CA 94621-1477
      (510) 562-7606


3A. HOUSING AND URBAN DEVELOPMENT (HUD) REGIONAL OFFICE, ADMINISTRATORS AND STAFF:

HUD - U.S. Department of Housing and Urban Development
Ophelia Basgal, Regional Administrator
Dept. of Housing and Urban Development
600 Harrison Street, 3rd Floor
San Francisco, CA 94107-1300
Phone: (415) 489-6400
Email: Customer Service
Fax: (415) 489-6419
TTY: (415) 489-6735
TTY: (415) 489-6771

Jurisdiction: San Francisco, Alameda, Contra Costa, Marin, Napa, San Mateo, Santa Clara, Sonoma, Solano, Santa Cruz, San Benito, Monterey, Del Norte, Humbolt, Mendocino and Lake Counties

AND

3B. THE RENT PROGRAM

S. Rogan,
Deputy Director
The Rent Program
250 Frank H. Ogawa Plaza, Suite 3315
Oakland, CA 94612
(510) 238-3501
www.oaklandnet.com

27. **Pets:** OCT is a pet friendly environment. Pets are not allowed on the property or in an apartment without the written permission of **Management**. Only certain pets are acceptable in accordance with the HUD (Department of Housing and Urban Development) approved Pet Rules, such as four-legged, fur bearing animals and service animals. Service animals to assist Residents and visitors are allowed on the property. Prior to allowing a pet on the property, the Resident must submit a Pet Application and Pet Interview must be scheduled. A pet deposit of $250.00 is due after receiving approval from **Management** for a pet and fulfilling and signing the Pet Agreement, Lease Attachment #5.

28. **Recertification of Income:** Each year every Resident's financial information is reviewed and recertified to comply with requirements of HUD and Tax Credit. All Residents are required to provide information on all sources of income and assets. Out-of-pocket medical expense verification is optional for the Resident. **Residents must comply with the recertification process on time or risk losing their rental subsidy.**

29. **Security Deposit:** All Residents are required to pay a security deposit equal to one month's Total Tenant Payment or $50.00, whichever is greater. The deposit will be refunded upon move out if no rent is owed, the apartment is left in a safe and clean condition, and proper notice to move was provided to **Management**.

30. **Security Procedures:** For safety reasons, **Management** strongly suggests that apartment doors remain locked at all times, and each visitor's identity should be checked prior to opening the door. Residents are prohibited from installing different or additional locks on apartment doors. Residents should never give a copy of an apartment key to anyone without prior written permission from **Management**. **Management** will provide necessary duplicate keys for a small fee. Residents should not allow any other persons access into the building except their own guests/visitors.

31. **Smoking:** Smoking is not allowed in any enclosed areas, e.g., multi-purpose room, laundry rooms, lobby and other common areas, etc. Residents may only smoke outside of the building or in their apartment.

32. **Soliciting:** No outside soliciting is allowed on the premises. This includes posting signs from windows and apartments with balconies.

33. **Storage:** No objectionable household property may be stored on the patio/balcony areas, for those apartments with such. Household property may not be stored outside the unit in the hallways.

34. **Visitors/Guests:** Each visitor/guest is required to sign in on the Visitor Log at the Administrative Office. Visitors are welcome as long as they do not disturb the health and well being of other Residents. Visitors/guests are defined as any person not on the lease, application or Form HUD-50059. It is the Resident's responsibility to inform

Management of any prospective overnight guests and the length of time they will be visiting. Residents are responsible for all actions of their guests visitors while on the property and must accompany any guest at all times when outside their unit. Our visiting hours is from 7:00 a.m. to 11:00 p.m. Overnight guests may stay on an occasional basis not to exceed 36 cumulative days in any 12-month period. Residents must limit their guests to no more than two (2) persons at a time. An adult must accompany all visitors under the age of 16 at all times. Unescorted persons are subject to arrest for trespassing and/or loitering pursuant to the California Penal Code.

35. Oak Center Towers reserves the right to modify any of the foregoing rules and/or implement new rules as may be necessary to insure the safety and cleanliness of Oak Center Towers and to guarantee the right of all residents to quiet enjoyment of the premises. These House Rules and subsequent modifications shall, at all time, be subordinate to applicable law, HUD regulations and the lease agreements.

By signing this form, I/We hereby agree that we have read and understand all information covered by the House Rules, which are an attachment to the Lease Agreement. I/We agree to abide by all rules stated in this agreement:

_____     5/13/08
Head of Household Signature                  Date Signed


_____     _____
Co-Resident/Spouse Signature                 Date Signed


_____     5/13/08
Oak Center Towers Representative Oak Center Towers Signature   Date Signed