**\*\*E-filed 3/1/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JOHN GARTH,

    Plaintiff,

v.

JOHN TENNANT MEMORIAL-EPISCOPAL SENIOR COMMUNITIES (JTM-ESC); VINCENT CHEUNG AND THE OAK CENTER TOWERS OFFICE STAFF; GUARDSMARK SECURITY AND STAFF; HOUSING URBAN DEVELOPMENT; and THE RENT PROGRAM

    Defendants.
_____/

No. C 11-00748 RS

**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER**

On February 23, 2011, this Court denied pro se plaintiff John Garth's motion for temporary restraining order. On the same day, Garth filed a second motion for temporary restraining order. Although he adds some allegations related to invasion of privacy by a Guardsmark Security Guard, his motion is based on substantially similar grounds as the prior one. For the reasons stated in the prior Order, the motion for temporary restraining order is denied.

IT IS SO ORDERED.

Dated: 02/28/2011

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 11-0748 RS
ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**John Garth**
1515 Market Street
Suite 1014
Oakland, CA 94607

DATED:  3/1/11

/s/ Chambers Staff
Chambers of Judge Richard Seeborg