**\*\*E-filed 12/14/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN GARTH, *et al.*,<br><br>　　　　Plaintiffs,<br>　v.<br><br>JOHN TENNANT MEMORIAL-<br>EPISCOPAL SENIOR COMMUNITIES<br>(JTM-ESC); VINCENT CHEUNG; THE<br>OAK CENTER TOWERS OFFICE STAFF;<br>GUARDSMARK SECURITY *and* STAFF;<br>*and* DEFENDANT DOES 1-20,<br><br>　　　　Defendants.<br>_____/ | No. C 11-00748 RS<br><br>**ORDER DENYING MOTIONS TO SHOW CAUSE, DENYING MOTION TO SET ASIDE JUDGMENT, AND DISMISSING ACTION** |

On December 1, 2011, plaintiff John Garth, appearing *pro se*, filed three separate motions. Two of those are styled as motions to show cause why defendants should not be "held accountable." The third motion appears to request that the Court set aside a judgment in an unlawful detainer case before a California Superior Court. These three most recent filings contain substantially the same content as the two complaints that were previously dismissed in this action. They are also almost identical to plaintiff's prior motion to hold defendants in criminal contempt, which was denied with prejudice.

At the present time, there is no operative complaint in this action since Garth's prior complaint was dismissed in its entirety on November 21, 2011. (Dkt. No. 86). Although Garth was granted leave to amend his Fourth Amendment and state law claims, his other claims were

dismissed with prejudice, and he did not filed an amended complaint by December 8, 2011, the deadline for amendment specified in the order of dismissal. Notwithstanding plaintiff's *pro se* status, none of the most recent motions can be construed as an amended complaint that is responsive to the prior order. Nor do they provide any discernible factual or legal basis for proceeding. The factual allegations in the recent filings remain just as disorganized, conclusory, and opaque as they were in Garth's prior complaint. Without a viable complaint, plaintiff may not even continue with this litigation, let alone persuade the Court to hold defendants in contempt or to put aside an otherwise valid state court judgment.

For these reasons, Garth's motions are denied with prejudice and the case is dismissed for failure to prosecute. Judgment is hereby entered in favor of defendants, and the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: 12/13/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE